```
                    UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                            FILED
                                                      January 11, 2006


                            No. 05-598
                            CR-01-33


In Re: CHRISTOPHER WAYNE BOWMAN

              Movant


                             ---------
                            O R D E R
                             ---------

     Movant has filed a motion pursuant to 28 U.S.C. Section 2244

for authorization to file a successive application for relief.

     The Court denies the motion.

     Entered at the direction of Judge Shedd with the

concurrence of Judge Wilkinson and Judge Hamilton.


                                   For the Court,

                                   /s/ Patricia S. Connor
                                   _____
                                          CLERK
```