# UNITED STATES DISTRICT COURT
for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHRISTOPHER WAYNE BOWMAN | ) | Case No:  5:01CR00033-002 |
| | ) | USM No:  17475-058 |
| Date of Previous Judgment:  2/21/2003 | ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ❑ the defendant  ❑ the Director of the Bureau of Prisons  ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  40 | Amended Offense Level:  40 |
| Criminal History Category:  V | Criminal History Category:  V |
| Previous Guideline Range:  360  to  life  months | Amended Guideline Range:  360  to  life  months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   No reduction as this defendant was not held responsible for any crack cocaine and because the sentence in this case was based on the cross-reference to the Murder guideline (§2A1.1) and not based on the drug amounts involved, Amendment 706 is not applicable and no reduction in sentence is warranted.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  2/21/2003  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  March 4, 2010

Effective Date:  March 4, 2010
(if different from order date)

Richard L. Voorhees
United States District Judge